UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDIKADIR SHIRE,<br><br>                Plaintiff,<br><br>    v.<br><br>IMMIGRATION CUSTOM ENFORCEMENT,<br><br>                Defendant. | CASE NO. C18-333-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 5) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 13th day of March, 2018.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge