HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDIKADIR SHIRE,

     Plaintiff,

v.

IMMIGRATION CUSTOM ENFORCEMENT and FEDERAL BUREAU OF INVESTIGATION,

     Defendants.

Case No. C18-333-RAJ

ORDER

     This matter is before the Court on Abdikadir Shire's emergency petition for writ of mandamus (Dkt.21). This case is closed. There is no viable complaint currently on file. Shire's Complaint was dismissed without leave to amend. Because this case is closed, the Court lacks authority to consider Shire's substantive arguments, unless he can show that he is entitled to relief from the judgment.

     Shire has not raised any cognizable basis for disturbing the judgment. There is no newly discovered evidence, the Court did not commit clear error, and there has been no intervening change in controlling law. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

ORDER – 1

Accordingly, the writ is DENIED. The Clerk of Court is hereby instructed, consistent with the foregoing, not to accept further filings in the above-captioned case.

DATED this 6th day of February, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2